AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Tyler Roberts<br><br>Defendant | Case No. 1:23-mj-277<br>Assign to: Magistrate Judge Zia M. Faruqui<br>Date: 10/23/2023<br>Description: Complaint with Arrest Warrant |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Michael Tyler Roberts__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct on a Capitol Building.

Date: __10/23/2023__

_Zia M. Faruqui_
2023.10.23
12:46:29 -04'00'

Issuing officer's signature

City and state: __Washington, D.C.__  __Zia M. Faruqui, U.S. Magistrate Judge__
Printed name and title

### Return

This warrant was received on (date) __10/23/2023__, and the person was arrested on (date) __11/01/2023__
at (city and state) __Oak Ridge, TN__

Date: __11/01/2023__

Arresting officer's signature

__Special Agent FBI__
Printed name and title